IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DANIEL WADE REYNOLDS, II**                                                                                      **PLAINTIFF**

**V.**                                                  **CASE NO. 2:24-CV-2108**

**JOHNSON COUNTY;  JACOB SHOOK;**
**JASON COLE; KENDALL SMITH;**
**JOHNSON REGIONAL MEDICAL CENTER;**
**and MIKE HELMS**                                                                                               **DEFENDANTS**

### ORDER

Today the Court held a Case Management Hearing by videoconference pursuant to Federal Rule of Civil Procedure 16. At the conclusion of the hearing, the Court issued the following **ORDERS** from the bench:

(1) Defendants Mike Helms and Johnson Regional Medical Center are **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, under Rule 12(b)(6) for the reasons stated at the hearing; and

(2) the claim styled "Arkansas Tort Law: Negligent Infliction of Emotional Distress" is **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, under Rule 12(b)(6) for the reasons stated at the hearing.

The Clerk of Court is **DIRECTED** not to terminate Defendants Helms and Johnson Regional Medical Center at this time, since it is expected that Plaintiff will file a motion for leave to file an amended complaint (with proposed amended complaint attached as an exhibit) by no later than **JANUARY 21, 2025**. If Plaintiff fails to file such motion by the deadline, the Court will instruct the Clerk to terminate Helms and Johnson Regional Medical Center as parties.

**IT IS SO ORDERED** on this __8th__ day of January, 2025.


_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE